IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JACOB PAUL COVER,

    Plaintiff,

v.                                  Civil Action No. 3:16CV404

DOCTOR WILSON,

    Defendant.

**MEMORANDUM OPINION**

    By Memorandum Order entered on July 15, 2016, the Court conditionally docketed the action. Jacob Paul Cover requested leave to proceed *in forma pauperis*. By Memorandum Order entered on August 17, 2016, the Court directed Civer to pay an initial partial filing fee of $88.80 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Cover has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Cover is not entitled to proceed *in forma pauperis*. Cover's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

    The Clerk is directed to send a copy of the Memorandum Opinion to Cover.

                                         /s/ *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Date: *September 14, 2016*
Richmond, Virginia